UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Terell W. Norman
_____

_____

_____
                    Plaintiff,

[Insert full name of plaintiff/prisoner]

RECEIVED
OCT 1 7 2025
PRO SE OFFICE

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

JURY DEMAND

YES  ✓  NO _____

25-5820

-against- F.B.I

John Doe
_____
John Doe
_____
John Doe
_____
John Doe
_____
John Doe
_____
John Doe
_____
                    Defendant(s).

[Insert full name(s) of defendant(s).  If you need additional
space, please write "see attached" and insert a separate
page with the full names of the additional defendants.  The
names listed above must be identical to those listed in Part I]

I.    **Parties**:  (In item A below, place your name in the first blank and provide your present
      address and telephone number.  Do the same for additional plaintiffs, if any.)

A.  Name of plaintiff    F.B.I _____

If you are incarcerated, provide the name of the facility and address:

( Rikers  Island  )  Ulster County, NY

GRVC 0909 Hazen St. Queens, NY 11370

_____

Prisoner ID Number:    #349250373Y    Prisoner # NA(2024)

1

If you are not incarcerated, provide your current address:

General Mail on 36 street

Telephone Number: NA

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

F.B.I Agents

Defendant No. 1          John Doe
                         _____
                         Full Name

                         _____
                         Job Title

                         _____
                         Address

Defendant No. 2          John Doe
                         _____
                         Full Name

                         _____
                         Job Title

                         _____
                         Address

Defendant No. 3          John Doe
                         _____
                         Full Name

                         _____
                         Job Title

                         _____

2

|                  | Address                                         |
|------------------|-------------------------------------------------|
| Defendant No. 4  | _John Doe_ _____           |
|                  | Full Name                                       |
|                  |                                                 |
|                  | Job Title                                       |
|                  |                                                 |
|                  | Address                                         |
| Defendant No. 5  | _John Doe_ _____           |
|                  | Full Name                                       |
|                  |                                                 |
|                  | Job Title                                       |
|                  |                                                 |
|                  | Address                                         |

## II.    Statement of Claim:

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need <u>not</u> give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.) Texas 2010-2015 & 2016-2019

Where did the events giving rise to your claim(s) occur? (2019-2025) Rikers Island
Rikers Island    Upstate
2019-2023        2023      Extradited to Texas on
take imprisonment stay 3 months in county jail.

When did the events happen? (include approximate time and date) (2019-2025)
2010-2025    TDC 2010-2015 & 2016-2019
New York 2019-2025

3

Facts: (what happened?) People leaving Federal Prisons trying too extort me and kill me. Also I've been targeted by the F.B.I. 2016-2019 (TDC) I was shitted down and not feed for a whole year. 2010-2015 even tho I went backwards I was extorted by the F.B.I. I was target by citizens of imprisonments from all over United States, federal prisons, prisons of every state, jails of every town and city areas I know of Rockwall Texas federal prison, Beaumont Texas federal prison, New York Federal Prisons, Georgia Federal Prisons, Federal Prisons Etc. State Prisons Etc. all over the country. I've been attacked in New York in 2024 an inmate that left prisons grounds tried too kill me. With a machete like item he hit me with that tried too kill me and pulled out a gun on me. I've had Police try too kill me in Dallas knock out by police and sexual abuse (2015) had two teeth pulled out medical records at Parkland Hosipal. I was in a town where police right outside of Houston where police pulled me over with a rope in the car

**II.A. Injuries.** If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

Broke arm, Broke hand, Hit in head with cane stitches, Gang assaulted 10 times or more. Medical treatment was received. I got a GRVC 2021 gang assaut over extortion.

4

2016 A guy pulls a gun on me in a convient store in Houston in 3rd ward. 2010 in the Dallas County jail I have had inmates extort my family and try too kill me in the streets like I was a lottery ticket. I've had Africans attack my family people from all over the world for extortion. Cartels extort my family from Mexico ect etc.

III.    **Relief:**  State what relief you are seeking if you prevail on your complaint.

100 million Dollars

I declare under penalty of perjury that on __10/2/25__, I delivered this

(date)

complaint to prison authorities at (Rikers Island)(TDC - Texas) to be mailed to the United

(name of prison)

States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: __10/3/25__

_Terel Norman_
Signature of Plaintiff

Sworn before me on this
3rd day of October 2025

_D Gary_
Commissioner of Deeds

Name of Prison Facility or Address if not incarcerated
GRVC
0909 Hazen St.
Queens, NY 11370
Address

Prison ID # NA  County # 3492503734
Prisoner ID#

D Gary
Commissioner of Deeds, City of New York
No. 4-7215
Cert. Filed in Queens County
Commission Expires on 5/1/2026

rev. 12/1/2015

2016

Still I've had news channels, radio
Stations pass extortion from government
officials. In the city I've lived in
Dallas, Houston, New York, Beaumont, Louisiana,
California. I was framed with an
sexual assault for extortion in Dallas
crimes that didn't even add up too my
life. Every prison I went they'd Texas
I was extorted and my family, mom
sisters, aunts, uncles, cousins, State Prisons
in Beaumont. My dad died from bad
food and liquor from the food and not Drug
Administration. Illnesses had died some
had from the government, just like my
grandmother on my issues side had
drugs the nurse provided them with, Just
like me now in New York since I've been
taken medication here in New York.
I've had the military follow me in prison
putting drugs in my coffee and food since
2016 being ███████ incarceration. All
these places treated me the same

10/3/25

From Estelle 2 Unit, Darrington Unit,
its other units as well, I forgot the names.
Grocery stores and liquor stores and
drugs on the street they been trying
too kill me with. People in the military/
police force, correctional officers, state
prison guards have all been extorting me
and my family. 2014 I arrived in New
York. I've been going thru the same
thing. 2024 They have put a bio tracker
in my head knowing my thoughts without
my permission, a authority. 2019-2025
Rikers Island been getting extorted a
couple months up state. Some thang made
parole some thang at the parole office
extortion 1 year in New York my moms,
and girlfriend been raped by extortion
and sisters. I've been sexual assaulted
6/30. Framed for crimes theft charges
arined in robberys in the 1st for
extortion 10 cells stolen or robbed from
me dealing with extortion. Using witness
to witness me and set me up.

10/3/25

This is all happen in New York
trying too drive me crazy. I got the
ESU trying to get me killed following me
in the streets and on Rikers Island.
While lock up in the Bronx I was
hit in the head with a lock in a sock.
All causes of the F.B.I knowing that
they owe me money because I am a
billionaire. Please cover the entire
New York State and counties.

Thank you

Blessings

Corruption & consiparcy too commit murder
& extortion
2 years straight someone is talking
too me trying to drive me crazy.
Got a gun aimed at me.
F.B.I Agent in New York (2024 2025)

2 years

10/3/25

So look I had a federal
attorney that told me in 2019 that
he was going to represent me. He
end up dying 6 months later. I was
in New York at the time I was
at the Boat in the Bronx. So
after I found out I told them that
he said he represented me they told
me they knew nothin of it. Now look
he ask me when I was going home
he told me he was representing me
on the Texas and N.Y case I filed.
He was a federal attorney from
San Antonio Texas last name Kingleys
that was the name of his company.
I want too also say my ~~con~~ all of
my consistutional rights have been
broken. They been extorting us since
2008! Out of the county jail in
Dallas,



Terell Norman #349250373H
GRVC
09-04 Hazen St.
Queens, NY 11370

United States District Court
Eastern District of New York
225 Cadman Plaza East Brooklyn
NY 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

OCT 14 2025

BROOKLYN OFFICE

MID-ISLAND NY 117
14 OCT 2025 PM 3 L

SMS

USA FOREVER

FOREVER USA